UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH SUTTON,

            Petitioner,

    v.

STATE OF WASHINGTON,

            Respondent.

Case No.  C08-5358RBL

ORDER GRANTING I.F.P. APPLICATION

      Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

      The Clerk is directed to mail a copy of this Order to petitioner.

      DATED this 11th day of June, 2008.

                                */s/ J. Kelley Arnold*
                                J. Kelley Arnold
                                United States Magistrate Judge